No. 75–5617. MATTHEWS ET UX. *v.* YALE-NEW HAVEN HOSPITAL. App. Div., Conn. Ct. Common Pleas. Certiorari denied.

No. 75–5620. SCULLY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–5621. ENBINDER *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 75–5623. BANDA *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 75–5625. STEWART *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 75–5627. OLTIVEROS *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 75–5630. DIXON *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 75–5631. KENARD *v.* NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 75–5636. SMITH *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., Alameda County. Certiorari denied.

No. 75–5651. CRAVENS *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 75–102. McELROY ET UX. *v.* TAYLOR. Ct. App. Tenn. Motion of Holt Adoption Program, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.